```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 01805
    EARNEST J HALL
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-5355


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/02/2007 and was not confirmed.

     The case was dismissed without confirmation 08/29/2007.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------

 DRIVE FINANCIAL SERVICES  SECURED NOT I         .00            .00              .00
 DRIVE FINANCIAL SERVICES  UNSECURED       NOT FILED            .00              .00
 MIDWEST TITLE LOANS       SECURED NOT I         .00            .00              .00
 MIDWEST TITLE LOANS       UNSECURED          414.72            .00              .00
 NOVASTAR MORTGAGE         SECURED NOT I  NOT FILED             .00              .00
 ST PAUL FEDERAL           SECURED NOT I  NOT FILED             .00              .00
 WASHINGTON MUTUAL         SECURED NOT I         .00            .00              .00
 WASHINGTON MUTUAL         SECURED NOT I  NOT FILED             .00              .00
 WELLS FARGO BANK          CURRENT MORTG        .00             .00              .00
 WELLS FARGO BANK          MORTGAGE ARRE        .00             .00              .00
 WASHINGTON MUTUAL         UNSECURED       NOT FILED            .00              .00
 AIS SERVICES LLC          UNSECURED          280.00            .00              .00
 CITY OF CHICAGO PARKING   UNSECURED       NOT FILED            .00              .00
 COLLECTION COMPANY OF AM  UNSECURED       NOT FILED            .00              .00
 DEBT CREDIT SERVICES      UNSECURED       NOT FILED            .00              .00
 DRIVE FINANCIAL SERVICES  UNSECURED       NOT FILED            .00              .00
 HONOR FINANCE             UNSECURED       NOT FILED            .00              .00
 NICOR GAS                 UNSECURED         1811.17            .00              .00
 RMI/MCSI                  UNSECURED       NOT FILED            .00              .00
 ROBBINS DEPT OF WATER     UNSECURED       NOT FILED            .00              .00
 PORTFOLIO RECOVERY ASSOC  UNSECURED          509.74            .00              .00
 WASHINGTON MUTUAL         SECURED NOT I         .00            .00              .00
 WELLS FARGO BANK          NOTICE ONLY    NOT FILED             .00              .00
 ILLINOIS DEPT OF REV      UNSECURED          480.37            .00              .00
 DEBRA J VORHIES LEVINE    DEBTOR ATTY      2,514.00                        1,605.98
 TOM VAUGHN                TRUSTEE                                            119.02
 DEBTOR REFUND             REFUND                                                .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
 TRUSTEE                  1,725.00

 PRIORITY                                         .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 01805 EARNEST J HALL
```

```
SECURED                                                           .00
UNSECURED                                                         .00
ADMINISTRATIVE                                               1,605.98
TRUSTEE COMPENSATION                                           119.02
DEBTOR REFUND                                                     .00
                                   ----------------    ----------------
TOTALS                                     1,725.00            1,725.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/13/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE